**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES D. WARD,**

         **Plaintiff,**

-vs-                                           **Case No. 6:04-cv-1214-Orl-31KRS**

**UNIVERSITY OF CENTRAL FLORIDA**
**BOARD OF TRUSTEES d/b/a University of**
**Central Florida,**

         **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO TAX COSTS (Doc. No. 64)**
>
> **FILED:**      **May 3, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Because costs are appropriately taxed by the Clerk of Court, there is no need for a separate motion to tax costs. *See* Fed. R. Civ. P. 54(d)(1) (stating that "costs may be taxed by the clerk on one day's notice"). Defendant University of Central Florida Board of Trustees may file a Bill of Costs with the Clerk on or before May 10, 2006.

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2006.

                                                        *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties