# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES D. WARD,**

        **Plaintiff,**

**-vs-**        **Case No. 6:04-cv-1214-Orl-31KRS**

**UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES d/b/a University of Central Florida,**

        **Defendant.**

_____

## AMENDED ORDER

Upon consideration of Plaintiff's Motion to Review Bill of Costs Taxed (Doc. 72) and Defendant's Response (Doc. 73), it is

**ORDERED** that the Motion is GRANTED in part and DENIED in part. The Bill of Costs (Doc. 68) shall be reduced by $22 and a cost judgment shall be entered for Defendant and against Plaintiff in the amount of $1,269.93.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 22, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party