**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES D. WARD,**

                **Plaintiff,**

**-vs-**                                                                                                   Case No.  6:04-cv-1214-Orl-31KRS

**UNIVERSITY OF CENTRAL FLORIDA**
**BOARD OF TRUSTEES d/b/a University of**
**Central Florida,**

                **Defendant.**

## ORDER

On April 26, 2006, the Court entered an Order granting UCF's Motion for Summary Judgment. (Doc. 62).  Ward subsequently filed a Motion for Rehearing and/or Motion to Amend or Alter the Court's Order of April 26, 2006 (Doc. 69), which the Court construes as a motion for reconsideration.  UCF filed a Response to the Motion. (Doc. 70).  Having carefully considered the issues raised and the arguments made by both parties, the Court finds Ward's Motion to be without merit.  Accordingly, it is

**ORDERED THAT** Ward's Motion for Rehearing and/or Motion to Amend or Alter the Court's Order of April 26, 2006 (Doc. 69) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 23, 2006.

                                                                        GREGORY A. PRESNELL
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party